**Defendant:** Versant Funding LLC
**Bankruptcy Case:** Bed Bath & Beyond Inc.
**Preference Period:** Jan 23, 2023 - Apr 23, 2023

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347474 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347462 | 2/21/2023 | $414.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347486 | 2/21/2023 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347485 | 2/21/2023 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347484 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347483 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347482 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347481 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347480 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347479 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347478 | 2/21/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347477 | 2/21/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347488 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347475 | 2/21/2023 | $90.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347489 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347473 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347472 | 2/21/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347471 | 2/21/2023 | $230.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347470 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347469 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347468 | 2/21/2023 | $152.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347467 | 2/21/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347466 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347465 | 2/21/2023 | $182.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347464 | 2/21/2023 | $207.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347408 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347476 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347501 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347514 | 2/21/2023 | $411.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347513 | 2/21/2023 | $120.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347512 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347511 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347510 | 2/21/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347509 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347508 | 2/21/2023 | $210.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347507 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347506 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347505 | 2/21/2023 | $414.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347504 | 2/21/2023 | $332.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347487 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347502 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347461 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347500 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347499 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347498 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347497 | 2/21/2023 | $123.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347496 | 2/21/2023 | $123.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347495 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347494 | 2/21/2023 | $245.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347493 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347492 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347491 | 2/21/2023 | $76.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347490 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347503 | 2/21/2023 | $116.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347420 | 2/21/2023 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347463 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347432 | 2/21/2023 | $330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347431 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347430 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347429 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347428 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347427 | 2/21/2023 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347426 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347425 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347424 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347423 | 2/21/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347434 | 2/21/2023 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347421 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347435 | 2/21/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347419 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347418 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347417 | 2/21/2023 | $39.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347416 | 2/21/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347415 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347414 | 2/21/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347413 | 2/21/2023 | $140.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347412 | 2/21/2023 | $414.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347411 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347410 | 2/21/2023 | $275.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347409 | 2/21/2023 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347422 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347447 | 2/21/2023 | $245.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347460 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347459 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347458 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347457 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347456 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347455 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347454 | 2/21/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347453 | 2/21/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347452 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347451 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347450 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347433 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347448 | 2/21/2023 | $334.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347517 | 2/21/2023 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347446 | 2/21/2023 | $185.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347445 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347444 | 2/21/2023 | $414.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347443 | 2/21/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347442 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347441 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347440 | 2/21/2023 | $30.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347439 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347438 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347437 | 2/21/2023 | $275.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347436 | 2/21/2023 | $116.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347449 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347707 | 2/22/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347515 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347719 | 2/22/2023 | $174.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347718 | 2/22/2023 | $152.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347717 | 2/22/2023 | $182.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347716 | 2/22/2023 | $83.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347715 | 2/22/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347714 | 2/22/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347713 | 2/22/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347712 | 2/22/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347711 | 2/22/2023 | $330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347710 | 2/22/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347721 | 2/22/2023 | $62.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347708 | 2/22/2023 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347722 | 2/22/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347706 | 2/22/2023 | $62.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347705 | 2/22/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347580 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347579 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347578 | 2/21/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347577 | 2/21/2023 | $152.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347576 | 2/21/2023 | $245.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347575 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347574 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347573 | 2/21/2023 | $185.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347572 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347709 | 2/22/2023 | $39.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347734 | 2/22/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347748 | 2/22/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347746 | 2/22/2023 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347745 | 2/22/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347744 | 2/22/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347743 | 2/22/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347742 | 2/22/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347741 | 2/22/2023 | $30.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347740 | 2/22/2023 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347739 | 2/22/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347738 | 2/22/2023 | $319.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347737 | 2/22/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347720 | 2/22/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347735 | 2/22/2023 | $83.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347569 | 2/21/2023 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347733 | 2/22/2023 | $185.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347732 | 2/22/2023 | $235.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347731 | 2/22/2023 | $182.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347730 | 2/22/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347729 | 2/22/2023 | $330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347728 | 2/22/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347727 | 2/22/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347726 | 2/22/2023 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347725 | 2/22/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347724 | 2/22/2023 | $120.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347723 | 2/22/2023 | $60.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347736 | 2/22/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347529 | 2/21/2023 | $182.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347571 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347541 | 2/21/2023 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347540 | 2/21/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347539 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347538 | 2/21/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347537 | 2/21/2023 | $59.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347536 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347535 | 2/21/2023 | $62.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347534 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347533 | 2/21/2023 | $267.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347532 | 2/21/2023 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347543 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347530 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347544 | 2/21/2023 | $177.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347528 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347527 | 2/21/2023 | $182.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347526 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347525 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347524 | 2/21/2023 | $247.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347523 | 2/21/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347522 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347521 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347520 | 2/21/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347519 | 2/21/2023 | $75.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347518 | 2/21/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347531 | 2/21/2023 | $315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347557 | 2/21/2023 | $52.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347516 | 2/21/2023 | $59.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347568 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347567 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347566 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347565 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347564 | 2/21/2023 | $330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347563 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347562 | 2/21/2023 | $265.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347561 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347560 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347542 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347558 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347570 | 2/21/2023 | $220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347556 | 2/21/2023 | $270.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347555 | 2/21/2023 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347554 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347553 | 2/21/2023 | $120.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347552 | 2/21/2023 | $245.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347551 | 2/21/2023 | $330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347550 | 2/21/2023 | $305.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347549 | 2/21/2023 | $147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347548 | 2/21/2023 | $267.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347547 | 2/21/2023 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347546 | 2/21/2023 | $90.00 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347545 | 2/21/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $40,746.00 | 2/27/2023 | INV347559 | 2/21/2023 | $207.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/15/2023 | $224,638.64 | 3/15/2023 | O/A:Wire:3/15/2023 (AP Paydown) | | $224,638.64 |

**Totals:** 2 transfer(s), $265,384.64